**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brendon W. Myers | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 21-12471 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the NRZ Pass-Through Trust VIII and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
17 Nov 2021, 13:57:47, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 76841c1a7a49bf96e36506c07d11d4210850f772b171c633204240a7ff6a75a0