UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-12471-pmm** |
| | **CHAPTER 13** |
| **Brendon W. Myers,** | |
|   Debtor. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                  Authorized Agent for Secured Creditor
                                  130 Clinton Rd #202
                                  Fairfield, NJ 07004
                                  Telephone: 470-321-7112

                                  By: /s/Charles Wohlrab
                                      Charles Wohlrab, Esq.
                                      Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRENDON W. MYERS
674 RUBEN CT.
EASTON, PA 18045

And via electronic mail to:

KEAVENEY LEGAL GROUP
1000 MAPLEWOOD DRIVE, SUITE 202
MAPLE SHADE, NJ 08052

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                                                                  By: /s/ Emi Oyebade