IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 21-12471-pmm |
| BRENDON W. MYERS, | : |
|         DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : December 7, 2021 @ 2:00 p.m. |
|         MOVANT, | : |
| V. | : |
| BRENDON W. MYERS, | : |
|         RESPONDENT, | : RELATED TO DOCKET NO. 18 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED
CHAPTER 13 PLAN</u>

    I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Amended Chapter 13 Plan, on the parties at the below addresses, on December 2, 2021 by:

**21-12471-pmm Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

WARREN LEVY on behalf of Debtor Brendon W. Myers
wlevy@keaveneylegalgroup.com,
atruss@keaveneylegalgroup.com;jdimaggio@keaveneylegalgroup.com;r6514@notify.bestcase.com

1

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association, not in its individual capacity
but solely as trustee for the NRZ Pass-Through Trust VIII
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**21-12471-pmm Notice will not be electronically mailed to:**

Orion (Verizon)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust
XVI
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Date Executed: December 2, 2021                           Respectfully submitted,

                                                          /s/ Jonathan W. Chatham
                                                          Jonathan W. Chatham
                                                          Deputy Chief Counsel
                                                          PA Department of Revenue
                                                          Office of Chief Counsel
                                                          P.O. Box 281061
                                                          Harrisburg, PA 17128-1061
                                                          PA I.D. # 209683
                                                          Phone: 717-783-3673
                                                          Facsimile: 717-772-1459