Warren Levy, Esq.
PA ID No. 53361
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
Telephone: (856) 831-7119
Facsimile: (856) 282-1090
atruss@keaveneylegalgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| | | |
|---|---|---|
| In Re | ) | Case No: 21-12471-pmm |
| | ) | |
| Brendon W. Myers | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Amy J. Truss, Paralegal to Warren Levy, with Keaveney Legal Group, 1000 Maplewood Dr., Suite 202, Maple Shade, NJ 08052 do hereby certify that on December 8, 2021, service of a true and correct copy of the attached pleadings including the Debtor's Amended Schedule I: Your Income and Amended Summary of Your Assets and Liabilities and Certain Statistical Information, was delivered by first class mail and/or electronic filing to the below named interested parties:

| Name and Address | Mode of Service |
|---|---|
| Scott F. Waterman, Trustee<br>ECFMail@ReadingCh13.com | Electronically |
| US Trustee<br>USTPRegion03.PH.ECF@usdoj.gov | Electronically |
| Brendon W. Myers | Electronically |
| Orion (Verizon)<br>claims@recoverycorp.com | Electronically |

| | |
|---|---|
| US Bank, NA<br>Rebecca Ann Solarz, Esq.<br>KML La Group, P.C.<br>bkgroup@kmllawgroup.com | Electronically |
| US Bank<br>c/o McCalla Raymer Leibert<br>Pierce, LLC | Electronically |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | First Class Mail |
| Erica B. Myers<br>674 Ruben Court<br>Easton, PA 18045-8320 | First Class Mail |
| Fay Servicing, LLC<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680-9441 | First Class Mail |
| Hamilton Law Group<br>Po Box 90301<br>Allentown, PA 18109-0301 | First Class Mail |
| Jill M. Fein, Esq.<br>Hill Wallack LLP<br>777 Township Line Road, Suite 250<br>Morrisville, PA 19067-5565 | First Class Mail |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | First Class Mail |
| Metropolitan Edison Company<br>101 Crawford's Corner Road<br>Bldg 1, Suite 1-511<br>Holmdel, NJ 07733-1976 | First Class Mail |

| | |
|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>Po Box 280946<br>Harrisburg, PA 17128-0946 | First Class Mail |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | First Class Mail |
| Shellpoint Mortgage Servicing<br>PO Box 19024<br>Greenville, SC 29602-9024 | First Class Mail |
| US Bank National Assoc.<br>Po Box 814609<br>Dallas, TX 75381-4609 | First Class Mail |
| Upstart Finance<br>Attn Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | First Class Mail |

Date: December 8, 2021                    /s/ Amy J. Truss
                                          Amy J. Truss