James DiMaggio, ESQ.
Attorney ID No. 319713
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ, 08052
Telephone: (800)219-0939
Facsimile: (856) 282-1090
jdimaggio@keaveneylegalgroup.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : Chapter 13 |
| | : |
| | : Bky. No.: 21-12471-pmm |
| **Brendon W. Myers** | : |
| | : |
| | : |
| **Debtor.** | : |
| _____ | : |

**WITHDRAWAL AND ENTRY OF APPEARANCE**

The undersigned notifies the Court that James DiMaggio will be substituted as attorney of record for Warren Levy, in this case.

Dated:  January 5, 2022         _____
                                                Signature of Former Attorney


Dated:  January 5, 2022         _____
                                                Signature of Substituted Attorney

-1-