IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| BRENDON W. MYERS, | : CASE NO. 21-12471-pmm |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : January 27, 2022 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| BRENDON W. MYERS, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 31 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above

captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to

Debtor's Chapter 13 Plan, on the parties at the below addresses, on January 6, 2022 by:

**21-12471-pmm MDC Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JAMES JOHN DIMAGGIO on behalf of Debtor Brendon W. Myers
jdimaggio@keaveneylegalgroup.com

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association, not in its
individual capacitybut solely as trustee for the NRZ Pass-Through Trust VIII
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S. Bank Trust National Association,
not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust
cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB on behalf of Creditor U.S.Bank Trust National Association,
not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust
cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB on behalf of Creditor US Bank Trust National Association
cwohlrab@raslg.com

**21-12471-pmm Notice will not be electronically mailed to:**

Orion (Verizon)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-
Through Trust XVI
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Respectfully submitted,


/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459