United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                             Case No. 21-12471-pmm

Brendon W. Myers                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                     User: admin                                                 Page 1 of 3

Date Rcvd: Apr 21, 2022                               Form ID: pdf900                                    Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brendon W. Myers, 674 Ruben Ct., Easton, PA 18045-8320 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14635099 | + | Erica B. Myers, 674 Ruben Ct., Easton, PA 18045-8320 |
| 14635100 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing LLC, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14635101 | + | Hamilton Law Group, Box 90301, Allentown, PA 18109-0301 |
| 14635102 | + | Jill M. Fein, Esq., Hill Wallack LLP, 777 Township Line Road, Suite 250, Morrisville, PA 19067-5565 |
| 14635103 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14640870 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14644052 | | U.S. Bank National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14651023 | + | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14640300 | + | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14658066 | + | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14640680 | + | US Bank National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14635106 | + | US Bank Trust NA, 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 14653383 | + | US Bank Trust National Association, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14651336 | + | US Bank, National Association, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14635105 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 21 2022 23:55:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 21 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 22 2022 00:02:52 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 21 2022 23:55:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 21 2022 23:55:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14635098 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 22 2022 00:02:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14635100 | | Email/Text: ECF@fayservicing.com | Apr 21 2022 23:55:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14639826 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 00:02:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14635345 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 22 2022 00:02:55 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14635380 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14635104 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2022 23:55:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14656936 | + | Email/Text: bkteam@selenefinance.com | Apr 21 2022 23:55:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14650545 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 21 2022 23:55:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 14635105 | + | Email/Text: LCI@upstart.com | Apr 21 2022 23:55:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor US Bank Trust National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S.Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 32 |

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trus cwohlrab@raslg.com

JAMES JOHN DIMAGGIO
    on behalf of Debtor Brendon W. Myers jdimaggio@keaveneylegalgroup.com  atruss@keaveneylegalgroup.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Brendon W. Myers

              Debtor

Chapter 13

Bankruptcy No. 21-12471-PMM

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 21, 2022**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE