Warren Levy, Esq.
Keaveney Legal Group, LLC
1000 Maplewood Drive
Suite 202
Maple Shade, NJ, 08052
Telephone: (800)219-0939
Facsimile: (856) 282-1090
atruss@keaveneylegalgroup.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| | : Bky. No.: 21-12471-pmm |
| **Brendon W. Myers** | : |
| | : |
| | : |
| **Debtor.** | : |
| _____ | : |

**WITHDRAWAL AND ENTRY OF APPEARANCE**

The undersigned notifies the Court that Warren Levy will be substituted as attorney of record for James DiMaggio, in this case.

Dated:  June 28, 2022

_____
Signature of Former Attorney

Dated:  June 28, 2022

_____
Signature of Substituted Attorney