Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12471-PMM**

Brendon W. Myers  
674 Ruben Ct.  
Easton  PA   18045

Petition Filed Date: 09/09/2021  
341 Hearing Date: 10/19/2021  
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/21/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/07/2021 | $2,848.73 | | | | | | | |

**Total Receipts for the Period: $2,848.73   Amount Refunded to Debtor Since Filing: $2,620.83   Total Receipts Since Filing: $2,848.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $3,677.74 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $745.91 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $36.95 | $0.00 | $0.00 |
| 4 | SANTANDER CONSUMER USA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $234.14 | $0.00 | $0.00 |
| 6 | MET-ED FIRST ENERGY COMPANY »» 004 | Unsecured Creditors | $3,654.18 | $0.00 | $0.00 |
| 7 | SELENE FINANCE LP »» 005 | Mortgage Arrears | $163,165.35 | $0.00 | $0.00 |
| 8 | SHELLPOINT MORTGAGE SERVICES »» 006 | Ongoing Mortgage | $131,504.89 | $0.00 | $0.00 |
| 0 | WARREN LEVY, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | JAMES DIMAGGIO, ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | Brendon W. Myers | Debtor Refunds | $2,620.83 | $2,620.83 | $0.00 |
| 0 | WARREN LEVY, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12471-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,848.73 | Current Monthly Payment: | $3,192.78 |
| Paid to Claims: | $2,620.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $227.90 | Total Plan Base: | $188,029.24 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.